IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN WILLIAM COPPEDGE ) | Case No. 18-31387-KRH |
| JANICE SHANNON COPPEDGE ) | Chapter 13 |
| ) | |
| Debtors ) | |

## MOTION TO SELL REAL ESTATE

COME NOW, the Debtors, by counsel, and as and for Debtors' Motion to Sell Real Estate, state as follows:

1. The Debtors filed this case under Chapter 13 of the U.S. Bankruptcy Code on March 18, 2018.

2. Select Portfolio Servicing, Inc. is a secured creditor which holds a mortgage on the property known as 293 Cedar Fork Road, Henrico, VA 23223, more particularly known as:

> ALL THAT CERTAIN OR PARCEL OF LAND WITH THE IMPROVEMENTS THEREON AND APPURTENANCES THERETO BELONGING, LYING, BEING AND SITUATE IN FAIRFIELD DISTRICT, HENRICO COUNTY, VIRGINGA, DESIGNATED AS LOT 5, BLOCK A, SECTION A, CEDAR FORKS ESTATES, AS MORE PARTICULARLY SHOWN ON PLAT OF SUBDIVISION ENTITLED "CEDAR FORKS ESTATES, SECTION A," MADE BY BODIE, TAYLOR, PURYEAR, INC., ENGINEERS AND SURVEYORS, DATED JANUARY 27, 1994, RECORDED JANUARY 31, 1994, IN THE CLERK'S OFFICE, CIRCUIT COURT, HENRICO COUNTY, VIRGINIA, IN PLAT BOOK 99, PAGE 10, REFERENCE TO WHICH IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF SAID REAL ESTATE..

(the "Property").

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

3. The approximate payoff balance on the note secured by said mortgage is $132,238.47. The tax assessed value of the Property is $169,600.00.

4. Debtors entered into a contract ("Contract") for the sale of the Property for $235,000.00, which, upon closing of the same, will result in Select Portfolio Servicing, Inc releasing its deed of trust against the Property. A copy of said contract is attached hereto collectively as Exhibit "A" and incorporated herein by this reference.

5. The amount of the proceeds to be applied to the Debtors' obligations under the confirmed plan in this case is $27,120.00, which will result in full payment of the Chapter 13 Plan.

6. On December 30, 2020, or as soon thereafter as may be practicable, Debtors intend to sell their interest in the Property in accordance with the terms of the Contract.

WHEREFORE, the Debtors request that the Court enter an Order authorizing the sale of the Property in accordance with the terms of the Contract and for such other relief as the Court may deem appropriate

Dated: November 24, 2020                    JOHN WILLIAM COPPEDGE
                                            JANICE SHANNON COPPEDGE


                                            By: /s/ James E. Kane
                                                    Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof, and I mailed a true and exact copy to the parties on the list attached hereto.

/s/ James E. Kane
Counsel for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN WILLIAM COPPEDGE ) | Case No. 18-31387-KRH |
| JANICE SHANNON COPPEDGE ) | Chapter 13 |
| ) | |
| Debtors ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtors have filed a Motion to Sell Real Estate.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

The Debtors are requesting to their primary residence known as 293 Cedar Fork Road, Henrico, VA 23223 for $235,000.00. The property is currently secured by a first deed of trust with an approximate balance of $132,238.47 which balance is to be paid in full with the proceeds from the sale of the property. The amount of the proceeds to be applied to the Debtor's obligations under the confirmed plan in this case is $27,120.00, which will result in full payment of the Chapter 13 Plan. The remaining amount of the proceeds from the sale are to be paid to the Debtors, approximately $58,500.00 to be used for Debtor's moving and living expenses.

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

>James E. Kane, Esquire
>KANE & PAPA, P.C.
>1313 East Cary Street
>Richmond, Virginia  23219

- Attend a hearing scheduled for **December 16, 2020 at 12:00 p.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  November 24, 2020                                    JOHN WILLIAM COPPEDGE
                                                             JANICE SHANNON COPPEDGE


                                                             By:  /s/ James E. Kane
                                                                  Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtors*

### CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof, and I mailed a true and exact copy to the parties on the list attached hereto.

                                                             /s/ James E. Kane
                                                             Counsel for Debtors

5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 18-31387-KRH<br>Eastern District of Virginia<br>Richmond<br>Mon Nov 23 15:35:13 EST 2020 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Citibank / Sears<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | (p)GLASSER AND GLASSER  P L C<br>P O BOX 3400<br>NORFOLK VA 23514-3400 |
| Household Finance Corp II<br>c/o Glasser & Glasser<br>580 East Main St. Ste 600<br>Norfolk, VA 23510-2322 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Midland Funding<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Select Portfolio Servicing, Inc<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Syncb/Ashley Homestore<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Town Bank<br>109 E. Main Street, Suite 100<br>Norfolk, VA 23510-1647 |
| TowneBank<br>J.Louis Roussos<br>6001 Harbour View Blvd.<br>Suffolk, VA 23435-2767 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Virginia Credit Union<br>Po Box 90010<br>Richmond, VA 23225-9010 |
| Virginia Department of Tax<br>P O Box 2156<br>Richmond, VA 23218-2156 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Janice Shannon Coppedge<br>293 Cedar Fork Road<br>Henrico, VA 23223-2718 |
| John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | John William Coppedge III<br>293 Cedar Fork Road<br>Henrico, VA 23223-2718 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Glasser & Glasser                  Portfolio Recovery Associates, LLC
580 E. Main St.                    POB 41067
Suite 600                          Norfolk VA 23541
Norfolk, VA 23510-0000
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank National Association, as indentu   (d)Select Portfolio Servicing, Inc.    (d)Virginia Credit Union, Inc.
                                                P.O. Box 65250                         PO Box 90010
                                                Salt Lake City, UT 84165-0250          Richmond, VA 23225-9010


(d)Virginia Credit Union,Inc.                   End of Label Matrix
PO Box 90010                                    Mailable recipients    26
Richmond, VA 23225-9010                         Bypassed recipients     4
                                                Total                  30
```